**STOLL, GLICKMAN & BELLINA** ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/07

October 16, 2007

Chambers of the Honorable Judge Naomi Buchwald
U.S. District Court, SDNY
500 Pearl St. Rm. 2270
New York, NY 10007
BY FAX

Re:　<u>Oneil Edwards v. City of New York et al</u>, 07CV8390(NRB)

Your Honor-

I have filed a Notice of Appearance in the above captioned case. I write to request that the case be designated ECF. The original complaint was filed pro se by plaintiff and therefore was not designated ECF.

There is no opposing counsel yet because the defendants have not been served.

Thank you for your assistance.

**MEMO ENDORSED**

So Ordered,
Naomi Reice Buchwald, USDJ
10/17/07

Sincerely Yours,

Nicole Bellina
718 852 4491