**STOLL, GLICKMAN & BELLINA** LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



February 11, 2008

Honorable Judge Naomi Buchwald
U.S. District Court, SDNY
500 Pearl St. Rm. 2270
New York, NY 10007
BY FAX



Re: Oneil Edwards v. City of New York et al. 07CV8390(NRB)

Dear Judge Buchwald-

As we discussed during our initial conference, plaintiff writes to request permission to replace John Doe Correction Officer #1 with Correction Officer W. Maldonado. Opposing counsel, Assistant Corporation Counsel Sumit Sud, consents to this request.

Officer Maldonado completed the injury to inmate report regarding the incident that gave rise to plaintiff's claim.

Thank you for your consideration.

*[Handwritten endorsement:] Application Granted. An amended complaint should be filed within ten (10) days of this order. [signature] 2/20/08*

Sincerely Yours,

[signature]
Nicole Bellina
718 852 4491

cc: ACC Sud