AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ONEIL EDWARDS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07CV8390 (NRB)

THE CITY OF NEW YORK, COMMISSIONER HORN, CHIEF THOMAS, CORRECTION OFFICER MALDONADO, CORRECTION OFFICER JOHN DOE #1, JOHN DOE COURT

TO: (Name and address of defendant)

CORRECTION OFFICER WILLIAM MALDONADO
Bronx Supreme Court
215 East 161st St.
Bronx, NY 10451

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicole Bellina, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

DATE   JUL 06 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 7-9-08

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at Defendant's place of business 215 E 161st St Bronx Supreme Court to Secu for District Attorney office on 4th Floor. Fem. Black BE's

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-9-08
Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave

Sworn before me this 15th day of July 2008

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.