UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ONEIL EDWARDS,

                                       Plaintiff,

                       -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN HORN,
CHIEF CAROLYN THOMAS, SERGEANT PATRICK
CULLEN, CORRECTIONAL OFFICER WILLIAM
MALDONADO, JOHN DOE CORRECTION OFFICERS
#1-3, JOHN DOE COURT OFFICERS #1-3,

                                Defendants.

------------------------------------------------------------------------x

**ANSWER TO THIRD
AMENDED COMPLAINT**

**07 CV 8390 (NRB)**

JURY TRIAL DEMANDED

          Defendant William Maldonado by his attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for his answer to the third amended complaint ("complaint"), respectfully alleges upon information and belief, as follows:

          1.   Denies the allegations set forth in paragraph "1" of the complaint, except admits that plaintiff purports to bring this action as stated therein.

          2.   Denies the allegations set forth in paragraph "2" of the complaint, except admit that plaintiff purports to proceed as stated therein.

          3.   Denies the allegations set forth in paragraph "3" of the complaint, except admits that plaintiff purports to invoke pendent and supplementary jurisdiction of the Court as stated therein.

          4.   Denies the allegations set forth in paragraph "4" of the complaint, except admits that plaintiff purports to proceed as stated therein.

5.   Denies the allegations set forth in paragraph "5" of the complaint, except admits that plaintiff purports to base venue as stated therein.

6.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "6" of the complaint.

7.   Denies the allegations set forth in paragraph "7" of the complaint, except admits that the City of New York is a municipal corporation incorporated under the laws of the State of New York.

8.    Denies the allegations set forth in paragraph "8" of the complaint, except admits that Martin Horn is the Commissioner of the New York City Department of Correction.

9.   Denies the allegations set forth in paragraph "9" of the complaint, except admits the Carolyn Thomas is employed by the City of New York Department of Correction.

10. Denies the allegations set forth in paragraph "10" of the complaint, except admits that plaintiff purports to proceed as stated therein.

11. Paragraph "11" of the plaintiff's complaint states a conclusion of law and not an averment of fact, as such no response is required.

12. Denies the allegations set forth in paragraph "12" of the complaint.

13. Paragraph "13" of the plaintiff's complaint states a conclusion of law, and not an averment of fact and as such, no response is required.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "14" of the complaint.

15. Denies the allegations set forth in paragraph "15" of the complaint.

16. Denies the allegations set forth in paragraph "16" of the complaint.

17. In response to the allegations set forth in paragraph "17" of the complaint, defendant repeats and reallege the responses set forth in paragraph "1" through "18" of the complaint.

18. Denies the allegations set forth in paragraph "18" of the complaint.

19. Denies the allegations set forth in paragraph "19" of the complaint.

20. Denies the allegations set forth in paragraph "20" of the complaint.

21. In response to the allegations set forth in paragraph "21" of the complaint, defendant repeats and reallege the responses set forth in paragraph "1" through "20" of the complaint.

22. Denies the allegations set forth in paragraph "22" of the complaint.

23. Denies the allegations set forth in paragraph "23" of the complaint.

24. Denies the allegations set forth in paragraph "24" of the complaint.

25. Denies the allegations set forth in paragraph "25" of the complaint.

26. Denies the allegations set forth in paragraph "26" of the complaint.

27. Denies the allegations set forth in paragraph "27" of the complaint.

28. In response to the allegations set forth in paragraph "28" of the complaint, defendant repeats and reallege the responses set forth in paragraph "1" through "27" of the complaint.

29. Denies the allegations set forth in paragraph "29" of the complaint.

30. Denies the allegations set forth in paragraph "30" of the complaint.

31. Denies the allegations set forth in paragraph "31" of the complaint.

32. Denies the allegations set forth in paragraph "32" of the complaint.

33. In response to the allegations set forth in paragraph "33" of the complaint, defendant repeats and reallege the responses set forth in paragraph "1" through "32" of the complaint.

34. Denies the allegations set forth in paragraph "34" of the complaint.

35. Denies the allegations set forth in paragraph "35" of the complaint.

36. Denies the allegations set forth in paragraph "36" of the complaint.

37. Denies the allegations set forth in paragraph "37" of the complaint.

38. Denies the allegations set forth in paragraph "38" of the complaint.

39. In response to the allegations set forth in paragraph "39" of the complaint, defendant repeats and reallege the responses set forth in paragraph "1" through "48" of the complaint.

40. Denies the allegations set forth in paragraph "40" of the complaint.

41. Denies the allegations set forth in paragraph "41" of the complaint.

42. In response to the allegations set forth in paragraph "42" of the complaint, defendant repeats and reallege the responses set forth in paragraph "1" through "41" of the complaint.

43. Denies the allegations set forth in paragraph "43" of the complaint.

44. Denies the allegations set forth in paragraph "44" of the complaint.

45. Denies the allegations set forth in paragraph "45" of the complaint.

46. Denies the allegations set forth in paragraph "46" of the complaint.

47. Denies the allegations set forth in paragraph "47" of the complaint.

48. In response to the allegations set forth in paragraph "48" of the complaint, defendant repeats and reallege the responses set forth in paragraph "1" through "47" of the complaint.

49. Denies the allegations set forth in paragraph "49" of the complaint.


## AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

50.    The complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

51.    Defendant City of New York has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

52.    Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct or that of a third party and was not the proximate result of the defendants.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

53.    Plaintiff cannot obtain punitive damages against the City of New York.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

54.    Defendant William Maldonado had no personal involvement in the incident alleged in plaintiff's complaint.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:

55.    At all times relevant to the acts alleged in the complaint, defendant City, its agents and officials, acted reasonably, properly, lawfully and in good faith in the exercise of their

discretion. Consequently, defendant City of New York and is entitled to governmental immunity.

## AS AND FOR A SEVNTH AFFIRMATIVE DEFENSE:

56.   Plaintiff provoked any incident.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE:

57. Plaintiff's claims may be barred in part by the applicable statute of limitations.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE:

58. This action may be barred in whole or in part by the doctrines of res judicata and/or collateral estoppel.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE:

59. At all times relevant to the acts alleged in the complaint, defendant acted reasonably in the proper and lawful exercise of his discretion.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE:

60. Defendant William Maldonado has not violated any clearly established constitutional or statutory right of which a reasonable person would have known and therefore are protected by qualified immunity.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE:

61. Plaintiff has failed to comply with the conditions precedent to suit.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE:

62.  Plaintiff has failed to comply with New York General Municipal Law § 50-(e) and (i).

**WHEREFORE,** defendant William Maldonado requests judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
             August 14, 2008

                             MICHAEL A. CARDOZO
                             Corporation Counsel of the
                              City of New York
                             Attorney for Defendants
                             100 Church Street, Room 3-221
                             New York, New York 10007
                             (212) 788-1096

                             By:              /s
                                 SUMIT SUD (SS 2781)
                                 Assistant Corporation Counsel

cc:  Nicole Bellina, Esq.
      Attorney for plaintiff
      Stoll, Glickman and Bellina, LLP
      71 Nevins Street
      Brooklyn, New York 11217 (BY ECF)

Index No.  07 CV 8390 (NRB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONEIL EDWARDS,

                                        Plaintiff,

                    -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN HORN,
CHIEF CAROLYN THOMAS, JOHN DOE
CORRECTION OFFICERS #1-3, JOHN DOE
COURT OFFICERS #1-3,

                                        Defendants.

**ANSWER TO THIRD AMENDED COMPLAINT BY
WILLIAM MALDONADO**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*

*Attorney for Defendants*
*100 Church Street*
*New York, New York  10007*

*Of Counsel:  Sumit Sud*
*Tel:  (212) 788-1096*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.          , 2007*

            *Esq.*

*Attorney for*